**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ANDREA ALICE MULLER,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-01239

Judge Sara L. Ellis

Magistrate Judge Jeffrey Cole

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 1 | Ptauao |
| 7 | MPWEGNP |
| 28 | HuaShao LLC |
| 34 | Ogiraw |
| 46 | Tooayk |
| 49 | Hassda |
| 63 | Asqwmvz |
| 65 | TANGNADE Up to 50 percent off |
| 67 | Mrat |
| 68 | Wonderful Life Co. Ltd |
| 69 | Pvkarhg |
| 70 | fartey |
| 73 | Wiyuqeen |
| 75 | YEAHITCH Up to 50Perce Off |
| 78 | HEWUQI |
| 79 | Ygbgbb |
| 83 | Nianyouyu |

DATED:  April 24, 2025                              Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on April 24, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt